UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: GONDEK, BENEDICT | § Case No. 10-72933 |
| | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/25/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  04/20/2011          By:  /s/BERNARD J. NATALE
                                                                                   Trustee

BERNARD J. NATALE  
6833 STALTER DRIVE  
SUITE 201  
ROCKFORD, IL  61108  
(815) 964-4700  
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: GONDEK, BENEDICT § Case No. 10-72933
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,367.80 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 12,367.80 |
| **Balance on hand:** | $ 12,367.80 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 12,367.80 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,986.78 | 0.00 | 1,986.78 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,133.75 | 0.00 | 1,133.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 18.32 | 0.00 | 18.32 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,138.85 |
| Remaining balance: | $ 9,228.95 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 9,228.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 9,228.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 259,381.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 7,932.79 | 0.00 | 282.26 |
| 2 | Chase Bank USA, N.A. | 4,954.66 | 0.00 | 176.29 |
| 3 | Chase Bank USA, N.A. | 8,832.26 | 0.00 | 314.26 |
| 4 | American Express Bank, FSB | 1,050.26 | 0.00 | 37.37 |
| 5 | Susan Hasselson OK | 48,000.84 | 0.00 | 1,707.89 |
| 7 | Diane Hausler | 157,824.65 | 0.00 | 5,615.48 |
| 8 | Fia Card Services, NA/Bank of America | 30,786.46 | 0.00 | 1,095.40 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 9,228.95 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,503.60 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | RBS Citizens Bank | 5,503.60 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims:  $ 0.00
Remaining balance:  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $ 0.00
Remaining balance:  $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-72933-MB
Benedict Gondek                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez              Page 1 of 2              Date Rcvd: Apr 22, 2011
                              Form ID: pdf006            Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2011.
```
db            Benedict Gondek,    PO Box 96,    Fox Lake, IL 60020-0096
aty          +Bernard J Natale,    Law Office of Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
aty          +Jon N. Dowat,    Thinking Outside the Box, Inc.,    4320 Winfield Road Suite 200,
               Warrenville, IL 60555-4023
aty          +Scott E Hillison,    Bernard J Natale, Ltd,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15692825     +AAA Sam’s Club Discover Card,    PO Box 960013,    Orlando, FL 32896-0013
15692826     +AAA Sears Master Card,    PO Box 183082,    Columbus, OH 43218-3082
15692827     +AAA Sears Premier Card,    PO Box 183081,    Columbus, OH 43218-3081
16690609      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15692828     +American Express OK,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
15692829     +BAC Home Loan Servicing,    450 American St.,    Simi Valley, CA 93065-6285
15692830     +Bank Of America  OK,    Po Box 17054,    Wilmington, DE 19850-7054
15692831     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
16450809      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15692834     +Chase OK,    Po Box 15298,    Wilmington, DE 19850-5298
15692836     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
15692837     +Citi  OK,    Po Box 6241,    Sioux Falls, SD 57117-6241
15692839     +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
15692840     +Diane Hausler,    N2020 County Hwy H-Lot 518,    Lake Geneva, WI 53147-4701
16729674     +Fifth Third Bank,    P.O. Box 829009,    Dallas, TX 75382-9009
15692850     +HSBC   OK,    Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
15692842     +Harris N.A.,    111 W. Monroe,    Chicago, IL 60603-4095
15692843     +Harris N.A. OK,    111 W Monroe,    Chicago, IL 60603-4095
15692844     +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
15692851     +Infibank (joint),    P.o. Box 3412,    Omaha, NE 68197-0001
15692852     +Judith Gondek,    6216 Banard Mill Road,    Ringwood, IL 60072-9637
15692853     +Nelnet Lns OK,    Attention: Claims,    Po Box 17460,    Denver, CO 80217-0460
15692854     +Peoples Bk Credit Card Services   OK,    Attn: Bankruptcy,    Po Box 7092 Rccb 0680,
               Bridgeport, CT 06601-7092
17062291     +RBS Citizens Bank,    480 Jefferson Blvd,    RJE 135,   Warwick RI 02886-1359
15692855     +Susan Hasselson OK,    512 Sandpiper Lane,    Deerfield, IL 60015-3647
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16382909      E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2011 23:53:35     Discover Bank,
               Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
15692841     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 22 2011 23:53:35     Discover Fin Svcs Llc  OK,
               Po Box15316,    Wilmington, DE 19850-5316
16731252      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 22 2011 23:52:58
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
15769042     +E-mail/PDF: gecsedi@recoverycorp.com Apr 22 2011 23:55:01     GE Money Bank,
               Recovery Management Systems Corp,    25 S. E. 2nd Ave., Ste 1120,    Miami, FL 33131-1605,
               Attn: Ramesh Singh
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
15692832*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15692833*    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15692835*    +Chase OK,    Po Box 15298,    Wilmington, DE 19850-5298
15692838*    +Citi  OK,    Po Box 6241,    Sioux Falls, SD 57117-6241
15692845*    +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
15692846*    +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
15692847*    +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
15692848*    +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
15692849*    +Hotel de la Monnaie,    405 Esplanade Ave.,    New Orleans, LA 70116-2075
                                                                                              TOTALS: 0, * 10, ## 0
```
Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cshabez             Page 2 of 2             Date Rcvd: Apr 22, 2011
                              Form ID: pdf006           Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2011**                              **Signature:**  *Joseph Speetjens*