# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 10-72933  
**Debtor Name:** GONDEK, BENEDICT  

Page: 1

**Date:** May 25, 2011  
**Time:** 03:39:06 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $12,367.98 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 18.32 | 0.00 | 18.32 | 18.32 | 12,349.66 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 1,133.75 | 0.00 | 1,133.75 | 1,133.75 | 11,215.91 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,986.78 | 0.00 | 1,986.78 | 1,986.78 | 9,229.13 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 3,138.85 | 0.00 | 3,138.85 | 3,138.85 |  |
| 6 | Fifth Third Bank | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 9,229.13 |
|  | SUBTOTAL FOR | SECURED | 0.00 | 0.00 | 0.00 | 0.00 |  |
| 1 | Discover Bank | Unsecured | 7,932.79 | 0.00 | 7,932.79 | 282.26 | 8,946.87 |
| 2 | Chase Bank USA, N.A. | Unsecured | 4,954.66 | 0.00 | 4,954.66 | 176.29 | 8,770.58 |
| 3 | Chase Bank USA, N.A. | Unsecured | 8,832.26 | 0.00 | 8,832.26 | 314.26 | 8,456.32 |
| 4 | American Express Bank, FSB | Unsecured | 1,050.26 | 0.00 | 1,050.26 | 37.37 | 8,418.95 |
| 5 | Susan Hasselson OK | Unsecured | 48,000.84 | 0.00 | 48,000.84 | 1,707.93 | 6,711.02 |
| 7 | Diane Hausler | Unsecured | 157,824.65 | 0.00 | 157,824.65 | 5,615.60 | 1,095.42 |
| 8 | Fia Card Services, NA/Bank of America | Unsecured | 30,786.46 | 0.00 | 30,786.46 | 1,095.42 | 0.00 |
| 9 | RBS Citizens Bank | Unsecured | 5,503.60 | 0.00 | 5,503.60 | 0.00 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 264,885.52 | 0.00 | 264,885.52 | 9,229.13 |  |
| << Totals >> |  |  | 268,024.37 | 0.00 | 268,024.37 | 12,367.98 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**        100.000000%  
**Secured**                          0.000000%  
**Unsecured**                      3.484196%