# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: GONDEK, BENEDICT                         § Case No. 10-72933
                                                §
                                                §
                                                §
Debtor(s)                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $378,900.00                     Assets Exempt: $6,425.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $9,229.13        Claims Discharged
                                                  Without Payment: $355,413.39

Total Expenses of Administration: $3,138.85

---

   3)  Total gross receipts of $    12,367.98    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of $12,367.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $510,668.00 | $14,850.68 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,138.85 | 3,138.85 | 3,138.85 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 306,474.00 | 264,885.52 | 264,885.52 | 9,229.13 |
| **TOTAL DISBURSEMENTS** | $817,142.00 | $282,875.05 | $268,024.37 | $12,367.98 |

4) This case was originally filed under Chapter 7 on June 09, 2010. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2011          By: /s/BERNARD J. NATALE
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2nd Property - 3913 Powder Horn Ct., Las, NM 880 | 1110-000 | 12,367.37 |
| Interest Income | 1270-000 | 0.61 |
| **TOTAL GROSS RECEIPTS** | | **$12,367.98** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Fifth Third Bank | 4110-000 | N/A | 14,850.68 | 0.00 | 0.00 |
| NOTFILED | BAC Home Loan Servicing | 4110-000 | 269,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Citimortgage Inc | 4110-000 | 143,008.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. | 4110-000 | 98,225.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$510,668.00** | **$14,850.68** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 18.32 | 18.32 | 18.32 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,133.75 | 1,133.75 | 1,133.75 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,986.78 | 1,986.78 | 1,986.78 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,138.85 | 3,138.85 | 3,138.85 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,531.00 | 7,932.79 | 7,932.79 | 282.26 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 4,952.00 | 4,954.66 | 4,954.66 | 176.29 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 8,780.00 | 8,832.26 | 8,832.26 | 314.26 |
| 4 | American Express Bank, FSB | 7100-000 | N/A | 1,050.26 | 1,050.26 | 37.37 |
| 5 | Susan Hasselson OK | 7100-000 | 50,000.00 | 48,000.84 | 48,000.84 | 1,707.93 |
| 7 | Diane Hausler | 7100-000 | 130,000.00 | 157,824.65 | 157,824.65 | 5,615.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 30,786.46 | 30,786.46 | 1,095.42 |
| 9 | RBS Citizens Bank | 7200-000 | 5,454.00 | 5,503.60 | 5,503.60 | 0.00 |
| NOTFILED | Chase OK | 7100-000 | 5,360.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 1,462.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 596.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi  OK | 7100-000 | 3,755.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,634.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi  OK | 7100-000 | 3,340.00 | N/A | N/A | 0.00 |
| NOTFILED | Infibank (joint) | 7100-000 | 8,533.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelnet Lns OK | 7100-000 | 20,906.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC  OK | 7100-000 | 8,546.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America  OK | 7100-000 | 29,096.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris N.A. OK | 7100-000 | 1,852.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express OK c/o Becket and Lee | 7100-000 | 1,053.00 | N/A | N/A | 0.00 |
| NOTFILED | AAA Sears Premier Card | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | AAA Sears Master Card | 7100-000 | 1,869.00 | N/A | N/A | 0.00 |
| NOTFILED | AAA Sam's Club Discover Card | 7100-000 | 4,255.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 306,474.00 | 264,885.52 | 264,885.52 | 9,229.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-72933  
**Case Name:** GONDEK, BENEDICT  
**Period Ending:** 08/17/11  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 06/09/10 (f)  
**§341(a) Meeting Date:** 07/29/10  
**Claims Bar Date:** 02/01/11  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Primary Residence, Ringwood, IL 60072 | 366,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2nd Property - 3913 Powder Horn Ct., Las, NM 880 (See Footnote) | 189,000.00 | 5,492.00 | | 12,367.37 | FA |
| 3 | Checking account - 1st Midwest Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Savings Account - Principal Bank | 850.00 | 0.00 | DA | 0.00 | FA |
| 5 | Furniture - couch, tables, bed, chair, appliance | 2,300.00 | 975.00 | DA | 0.00 | FA |
| 6 | Clothes | 800.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2005 Chevy Aveo - 73,000 miles | 1,625.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1999 Oldsmobile - Shilohette van - 197,500 miles | 1,225.00 | 0.00 | DA | 0.00 | FA |
| 9 | 1985 Ford Crown Victoria - 90,000 miles | 400.00 | 0.00 | DA | 0.00 | FA |
| 10 | 1989 Coachman Motorhome - 47,500 miles | 5,000.00 | 2,400.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.61 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$567,900.00** | **$8,867.00** | | **$12,367.98** | **$0.00** |

RE PROP# 2    After discussion with realtor and having to lower selling price less administrative cost and cost of sale, plus would have to file an adversary to avoid a 2nd mortgage the benefit to the estate would be nominal if any.

**Major Activities Affecting Case Closing:**

CLAIMS REVIEW AND OBJECTIONS PENDING.  FINAL REPORT TO BE FILED.

**Initial Projected Date Of Final Report (TFR):**    September 1, 2011        **Current Projected Date Of Final Report (TFR):**    April 20, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-72933 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GONDEK, BENEDICT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-65 - Money Market Account |
| Taxpayer ID #: | **-***2091 | | Blanket Bond: | $606,000.00   (per case limit) |
| Period Ending: | 08/17/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/17/10 | {2} | Bueno Title & Escrow Company, LLC | Home Sale Proceeds Received by Debtors on Sale on 2nd Home | 1110-000 | 12,367.37 | | 12,367.37 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 12,367.41 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,367.51 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,367.61 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.09 | | 12,367.70 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,367.80 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 12,367.90 |
| 05/25/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.08 | | 12,367.98 |
| 05/25/11 | | To Account #9200******3066 | Transfer for Final Distribution | 9999-000 | | 12,367.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 12,367.98 | 12,367.98 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,367.98 | |
| | | | **Subtotal** | | 12,367.98 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,367.98** | **$0.00** | |

{} Asset reference(s)                                                                                           Printed: 08/17/2011 12:09 PM        V.12.57

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-72933 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | GONDEK, BENEDICT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******30-66 - Checking Account |
| Taxpayer ID #: | **-***2091 | | Blanket Bond: | $606,000.00 (per case limit) |
| Period Ending: | 08/17/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/25/11 | | From Account #9200******3065 | Transfer for Final Distribution | 9999-000 | 12,367.98 | | 12,367.98 |
| 05/26/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,986.78, Trustee Compensation; Reference: | 2100-000 | | 1,986.78 | 10,381.20 |
| 05/26/11 | 102 | Discover Bank | Distribution paid 3.55% on $7,932.79; Claim# 1; Filed: $7,932.79; Reference: 0732 | 7100-000 | | 282.26 | 10,098.94 |
| 05/26/11 | 103 | American Express Bank, FSB | Distribution paid 3.55% on $1,050.26; Claim# 4; Filed: $1,050.26; Reference: 1004 | 7100-000 | | 37.37 | 10,061.57 |
| 05/26/11 | 104 | Susan Hasselson OK | Distribution paid 3.55% on $48,000.84; Claim# 5; Filed: $48,000.84; Reference: | 7100-000 | | 1,707.93 | 8,353.64 |
| 05/26/11 | 105 | Diane Hausler | Distribution paid 3.55% on $157,824.65; Claim# 7; Filed: $157,824.65; Reference: | 7100-000 | | 5,615.60 | 2,738.04 |
| 05/26/11 | 106 | Fia Card Services, NA/Bank of America | Distribution paid 3.55% on $30,786.46; Claim# 8; Filed: $30,786.46; Reference: 0161/6175 | 7100-000 | | 1,095.42 | 1,642.62 |
| 05/26/11 | 107 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,152.07 | 490.55 |
| | | | Dividend paid 100.00% on $1,133.75; Claim# ATTY; Filed: $1,133.75    1,133.75 | 3110-000 | | | 490.55 |
| | | | Dividend paid 100.00% on $18.32; Claim# EXP; Filed: $18.32    18.32 | 3120-000 | | | 490.55 |
| 05/26/11 | 108 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 490.55 | 0.00 |
| | | | Dividend paid 3.55% on $4,954.66; Claim# 2; Filed: $4,954.66; Reference: 5055    176.29 | 7100-000 | | | 0.00 |
| | | | Dividend paid 3.55% on $8,832.26; Claim# 3; Filed: $8,832.26; Reference: 6469    314.26 | 7100-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 12,367.98 | 12,367.98 | $0.00 |
| | | | Less: Bank Transfers | | 12,367.98 | 0.00 | |
| | | | Subtotal | | 0.00 | 12,367.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $12,367.98 | |

{} Asset reference(s)     Printed: 08/17/2011 12:09 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-72933  
**Case Name:** GONDEK, BENEDICT  

**Taxpayer ID #:** **-***2091  
**Period Ending:** 08/17/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******30-66 - Checking Account  
**Blanket Bond:** $606,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  | TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
|  | MMA # 9200-******30-65 | 12,367.98 | 0.00 | 0.00 |
|  | Checking # 9200-******30-66 | 0.00 | 12,367.98 | 0.00 |
|  |  | $12,367.98 | $12,367.98 | $0.00 |

{} Asset reference(s)                                   Printed: 08/17/2011 12:09 PM    V.12.57